# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MT PRODUCTS, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>ALTERNATIVE CAPITAL GROUP, LLC, et. al.<br><br>*Defendant.* | Case No.: 8:25-CV-02510 |

## DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, GABRIEL SHAMUELOV and EZ ADVANCE, LLC, by and through their undersigned counsel, hereby moves for an enlargement of time to respond to the Complaint, and state the following in support thereof:

1. On September 17, 2025, Plaintiff initiated this lawsuit. ECF No. 1.

2. On October 20, 2025, Defendant, Gabriel Shamuelov, was served with the Complaint. ECF No. 16. Undersigned counsel accepted service of the Complaint on behalf of EZ Advance, LLC.

3. A response to the Complaint was initially due on or before January 1, 2026. However, Defendants sought and obtained an extension of time through and including January 9, 2026 to respond to the Complaint. ECF Nos. 22-23.

4. Defendants prepared a motion to dismiss, which they are prepared to file timely on January 9, 2026 in the event the Court denies this Motion. However,

on January 8, 2026, Defendants Supervest, Inc., SV Capital Management, LLC, and Top Choice Financial, Inc., filed an unopposed motion for extension of time in which they disclosed that during a meet and confer with Plaintiff, "Plaintiff's counsel indicated that they will be filing a motion to amend the Complaint on January 9, 2026." ECF No. 29 at p. 2. Defendants also stated that Plaintiff did not oppose their motion for an extension of time.

5. In light of this disclosure, undersigned counsel reached out to Plaintiff's counsel and advised that Defendants do not oppose the Plaintiff's pending motion to amend the Complaint. Plaintiff's counsel advised that they do not oppose this Motion.

6. Defendants will respond to the Plaintiff's Amended Complaint as required by Fed. R. Civ. P. 15(a).

7. Defendants respectfully request that the time to respond to the Complaint be extended through the date Defendants are obligated to respond to the Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 15(a).

8. There will be no prejudice to the Plaintiff if this Motion is granted. In fact, Defendants respectfully submit that granting this Motion would conserve the parties' resources.

Wherefore, Defendants respectfully move this Court for the entry of an order granting this Motion and extending the time to respond to the Complaint through the

date on which Plaintiff files its Amended Complaint, which Defendants will respond to within the time required under Fed. R. Civ. P. 15(a)

### Local Rule 3.01(g) Certification

The undersigned certifies that he has conferred with opposing counsel via email on January 8, 2026. Plaintiff does not oppose the relief requested herein.

Respectfully submitted,

LETO LAW FIRM
2875 NE 191st Street Suite 604
Aventura, FL 33180
Tel.   305-341-3155
Fax:   305-397-1168

*/s/ Matthew P. Leto*

MATTHEW P. LETO
Florida Bar No.: 014504
mleto@letolawfirm.com
kzelaya@letolawfirm.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 9, 2026, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Matthew P. Leto*
MATTHEW P. LETO