UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| : | |
| MT PRODUCTS LLC d/b/a MEDTECH., : | Case No.: 8:25-cv-02510 |
| : | |
| Plaintiff, : | |
| v. : | |
| : | **NOTICE OF MOTION** |
| ALTERNATIVE CAPITAL GROUP et al, : | |
| : | |
| Defendants. : | |
| : | |

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum law, dated January 23, 2026, with exhibits, plaintiff MT Products LLC d/b/a MEDTECH, Inc. will move this Court before the Honorable Judge William Jung, at the United States Courthouse, 801 North Florida Avenue, Tampa, New Florida, 33602, on a date and time to be determined by the Court, for leave to amend its pleadings based on the following:

1. Plaintiff seeks leave to file an amended complaint to add additional claims which will streamline Defendants responsive pleadings (and minimize the use of judicial resources) where no defendant has filed an answer to the operative complaint to date.

Dated: New York, New York
            January 13, 2026

By:     /s/ O. Williams Igbokwe_____
            O. Williams Igbokwe, Esq.
            will@iwlaws.com
            IGBOKWE PLLC
            28 Liberty Street, 6th FL,
            New York, NY 10005
            *Attorneys for Plaintiff (Pro Hac Vice)*

By:     /s/ Anthony Moser_____
            Anthony V. Moser, Esq.
            will@iwlaws.com
            PRINCILIS LAW FIRM
            14 NE 1st Ave, Suite
            1402 Miami, FL 33132

(786) 845- 6967
*Attorneys for Plaintiff*