UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

MT PRODUCTS, LLC

    *Plaintiff,*

v.

ALTERNATIVE CAPITAL GROUP, LLC, et. al.

    *Defendant.*

Case No.: 8:25-CV-02510

## **DECLARATION OF GABRIEL SHAMUELOV**

I, Gabriel Shamuelov, hereby declare as follows:

1. I am over 18 years of age and am competent to testify to the matters contained in this Declaration. I make this Declaration based on my personal knowledge, and if called upon, could testify competently and truthfully to the facts stated in this Declaration.

2. I make this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

3. I reside in Rego Park in New York.

4. During all times relevant to this lawsuit, I have been a resident of the State of New York.

5. I have never been a resident of Florida.

6. I do not conduct business in Florida.

**EXHIBIT A**

7. My only connection to Florida is this lawsuit.

8. At all times relevant to this lawsuit, I was an independent sales contractor for EZ Advance, LLC.

9. The business of EZ Advance is providing merchant cash advances through written revenue purchase agreements.

10. I conducted the business on behalf of EZ Advance described in the Amended Complaint from New York.

11. EZ Advance is a New York limited liability company with its principal place of business at 180-32 Union Turnpike, Fresh Meadows, NY 11366.

12. EZ Advance does not maintain an office or place of business in Florida.

13. EZ Advance is not qualified or authorized to do business in Florida.

14. EZ Advance has no employees or agents in Florida.

15. EZ Advance has not authorized any agent to accept service in Florida.

16. EZ Advance does not own or lease any real property in Florida.

17. EZ Advance does not engage in any advertising or marketing in Florida.

18. EZ Advance does not send employees to conduct business or marketing in Florida.

19. EZ Advance has never attended trade shows or business events in Florida.

20. I never attended trade shows or business events in Florida for my own

purposes or on behalf of EZ Advance.

21. During the time described in the Amended Complaint, the only customer I or EZ Advance ever serviced in Florida was Plaintiff.

22. I never traveled to Florida to meet Plaintiff's principal, Leandro Obenauer.

## Declaration Made Pursuant to 28 U.S.C. § 1746

I declare under penalty of perjury that I have read the foregoing Declaration and that the facts stated in it are true and correct to the best of my knowledge.

Executed on: Mar 2, 2026

_Gabriel Shamuelov (Mar 2, 2026 14:44:29 EST)_
Gabriel Shamuelov