Revised 01/26

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MT PRODUCTS, LLC,
    Plaintiff,

v.                                                             Case No. 8:25-CV-02510(WFJ)(SPF)

ALTERNATIVE CAPITAL GROUP, LLC,
SUPERFAST CAPITAL, INC.;
TOP CHOICE FINANCIAL, INC.;
CURE PAYMENT RECOVERY SOLUTIONS, LLC;
SUPERVEST, INC.; SV CAPITAL MANAGEMENT,
LLC; EZ ADVANCE LLC;
GABRIEL SHAMUELOV a/k/a/ Matt Owners"
and "Jason Caldwell; and Does 1-10.

    Defendants.

_____

## TOP CHOICE FINANCIAL, INC., SUPERVEST INC, INC. AND SV CAPTITAL MANAGEMENT, LLC'S Disclosure Statement (Civil) Under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03

> The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

## Recusal Information

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   Top Choice Financial Inc. and Supervest, Inc. do not have a parent corporation and no publicly held corporate holds 10% or more of their shares.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

None known.

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   None.

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   N/A

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   **MT Products LLC**, Plaintiff
   **EZ Advance LLC,** Defendant
   **Alternative Capital Group, LLC**, Defendant
   **SuperFast Capital Inc.,** Defendant
   **Top Choice Financial, Inc.,** Defendant
   **Supervest, Inc.,** Defendant
   **SV Capital Management, LLC,** Defendant
   **Cure Payment Recovery Solutions, LLC,** Defendant
   **Gabriel Shamuelov,** Defendant
   **Matthew Paul Leto,** Attorney for Defendants EZ Advance LLC and Gabriel Shamuelov
   **David C. Casagrande**, Attorney for Defendants Supervest, Inc., Top Choice Financial Inc., and SV Capital Management, LLC
   **O. Williams Igbokwe,** Attorney for Plaintiff
   **Anthony V Moser,** Attorney for Plaintiff

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   None known.

### Citizenship Information

> If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.
>
> If the filer is a **corporation**, the filer must identify every state and foreign state of incorporation and its principal place of business.
>
> If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.
>
> If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify every state and foreign state of incorporation, the filer's principal place of business, and the insured's citizenship.
>
> If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.
>
> If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   **Top Choice Financial, Inc.,** is a Delaware corporation with its principal place of business located in New York.

   **Supervest, Inc.,** is a Delaware corporation with its principal place of business located in New York.

   **SV Capital Management, LLC,** is a wholly owned subsidiary of Supervest, Inc. Supervest, Inc., is a Delaware corporation with its principal place of business located in New York.

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

   N/A

### Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

/s/ David C. Casagrande

**CASAGRANDE LAW, PLLC**

11 Broadway, Suite 615
New York, NY 10004
Tel.   646-355-8701
Fax:  212-568-3546
/s/ David C. Casagrande
David C. Casagrande (FL Bar No.: 124059)
dcasagrande@casalawpllc.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 16, 2026, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ David C. Casagrande
DAVID C. CASAGRANDE