UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MT PRODUCTS, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>ALTERNATIVE CAPITAL GROUP, LLC, et. al.<br><br>*Defendants.* | Case No.: 8:25-CV-02510 |

**MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER**

Defendants, GABRIEL SHAMUELOV and EZ ADVANCE, LLC, by and through their undersigned counsel, hereby move to dismiss this action with prejudice based upon Plaintiff's failure to comply with this Court's July 28, 2026 Order [D.E 60].

1. Plaintiff filed this lawsuit claiming, in general, that it was defrauded by the Defendants when Plaintiff's principal, Leandro Obenauer, agreed to sell his company's future accounts receivables in exchange for $75,000 pursuant to a written Revenue Purchase Agreement negotiated and signed in January and February 2025.

2. On July 28, 2026, this Court entered an Order dismissing Plaintiff's Amended Complaint and ordered it to file a second amended

complaint within 21 days and furthermore, limited the claim to eight causes of action. [D.E. 60]. Accordingly, the due date for the filing of a second amended complaint would have been August 18, 2026.

3. On August 12, 2026, opposing counsel sent an email to counsel for the Defendants requesting consent for a thirty-day extension of time to file the second amended complaint. After all defendants consented, Plaintiff's counsel stated that he would be filing a motion with the Court requesting the extension. That request was never filed and an order granting the request was therefore, never granted.

4. Moreover, even if a motion had been filed and the relief were granted, the extended deadline would have expired on September 17, 2026.

5. To date, a second amended complaint has not been filed in clear contradiction of the Court's order.

6. "In dismissing the complaint, the district court may also provide for a stated period within which the plaintiff may amend the complaint." *Schuurman v. Motor Vessel Betty K V*, 798 F.2d 442, 445 (11th Cir. 1986). "If the plaintiff does not amend the complaint within the time allowed, no amendment may be made absent leave of court, and the dismissal order becomes final at the end of the stated period." *Id.*

7. Accordingly, Defendants, GABRIEL SHAMUELOV and EZ ADVANCE, LLC, respectfully request entry of an Order determining that the case is dismissed.

Respectfully submitted,

LETO LAW FIRM
2875 NE 191st
Street Suite 604
Aventura, FL 33180
Tel. 305-341-3155
Fax: 305-397-1168

*/s/ Matthew P. Leto*
MATTHEW P. LETO
Florida Bar No.: 014504
mleto@letolawfirm.com
kzelaya@letolawfirm.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 22, 2026, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Matthew P. Leto*
MATTHEW P. LETO