**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MT PRODUCTS LLC d/b/a MEDTECH,

Plaintiff,

Case No. 8:25-cv-02510-WFJ-SPF

v.

ALTERNATIVE CAPITAL GROUP, LLC; SUPERFAST CAPITAL, INC.; TOP CHOICE FINANCIAL, INC.; CURE PAYMENT RECOVERY SOLUTIONS, LLC; SUPERVEST, INC.; SV CAPITAL MANAGEMENT, LLC; EZ ADVANCE LLC; GABRIEL SHAMUELOV a/k/a "Matt Owens" and "Jason Caldwell"; and DOES 1–10,

Defendants.
_________________________________________/

**PLAINTIFF'S NOTICE OF FILING EXHIBITS 5, 6, AND 7 TO ITS MOTION FOR RELIEF FROM THE DISMISSAL (DOC. 68)**

Plaintiff MT Products LLC d/b/a MedTech gives notice that it files the following exhibits, which are cited in its Motion for Relief from the Dismissal under Rule 60(b)(1) (Doc. 68), in the Declaration of O. Williams Igbokwe (Doc. 68-1), and in the Declaration of Anthony V. Moser (Doc. 68-2), and which were omitted from the filing on October 19, 2026 through clerical error.

Exhibit 5 is the August 12 and 13, 2026 email exchange in which counsel for every defendant that has appeared consented to a thirty-day extension of the deadline set in Doc. 60. (Doc. 68 at 5, 9, 21; Doc. 68-1 ¶ 23.)

Exhibit 6 is the August 12, 2026 email from Mr. Igbokwe to Mr. Moser transmitting the letter to the Court requesting the extension, with the letter. (Doc. 68 at 4, 11; Doc. 68-1 ¶ 20; Doc. 68-2 ¶ 7.)

Exhibit 7 is the two emails of June 26 and July 8, 2026 recording the connectivity problems Mr. Igbokwe experienced while abroad, with the name of a client redacted. (Doc. 68 at 4; Doc. 68-1 ¶ 14.)

Dated: October 20, 2026

Respectfully submitted,

PRINCILIS LAW FIRM
/s/ Anthony V. Moser
Anthony V. Moser
Florida Bar No. 1034553
14 NE 1st Avenue, Suite 1402
Miami, Florida 33132
(786) 845-6967
amoser@princilislaw.com

IGBOKWE PLLC
O. Williams Igbokwe (admitted pro hac vice)
One World Trade Center, 85th Floor
New York, New York 10007
(347) 467-4674
will@iwlaws.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on October 23, 2026, I filed the foregoing with the Clerk of the Court using CM/ECF, which will send notice of the filing to all counsel of record.

/s/ Anthony V. Moser
Anthony V. Moser