MT Products LLC v. Alternative Capital Group, LLC, et al.
Case No. 8:25-cv-02510-WFJ-SPF (M.D. Fla.)

# EXHIBIT 5

Email exchange of August 12–13, 2026 between Plaintiff’s counsel and counsel for the appearing Defendants consenting to a thirty-day extension (Doc. 68 at 5, 9, 21; Doc. 68-1 ¶ 23)
(one personal sentence unrelated to this case redacted)

Gmail

**William Igbokwe <will@iwlaws.com>**

## MT Products LLC. v. EZ Advance LLC et al

4 messages

---

**William Igbokwe** <will@iwlaws.com> Wed, Aug 12, 2026 at 6:59 AM
To: Matthew Leto <mleto@letolawfirm.com>, LLFpleadings@ecf.courtdrive.com, kzelaya@letolawfirm.com, David Casagrande <dcasagrande@casalawpllc.com>
Cc: Anthony Moser <amoser@princilislaw.com>, Jarlens Princilis <jbp@princilislaw.com>

Hello Counsels,

I am currently in Ethiopia. I will be requesting a 30 days extension to file an amended complaint. Let us know if you will provide your consent.

Best Regards,

William Igbokwe, Esq.
Managing Partner
Igbokwe, PLLC d/b/a
Law Office of William Igbokwe
One World Trade Center, 85th Floor
New York, New York 10007
(347) 467-4674

---

**David Casagrande** <dcasagrande@casalawpllc.com> Thu, Aug 13, 2026 at 11:04 AM
To: William Igbokwe <will@iwlaws.com>
Cc: Matthew Leto <mleto@letolawfirm.com>, LLFpleadings@ecf.courtdrive.com, kzelaya@letolawfirm.com, Anthony Moser <amoser@princilislaw.com>, Jarlens Princilis <jbp@princilislaw.com>

Hi William,

I apologize for the delayed response. [redacted]

If all the other parties consent, I have no objection.
[Quoted text hidden]

---

**Matthew Leto** <MLeto@letolawfirm.com> Thu, Aug 13, 2026 at 11:06 AM
To: David Casagrande <dcasagrande@casalawpllc.com>
Cc: William Igbokwe <will@iwlaws.com>, "LLFpleadings@ecf.courtdrive.com" <LLFpleadings@ecf.courtdrive.com>, Kathy Zelaya <KZelaya@letolawfirm.com>, Anthony Moser <amoser@princilislaw.com>, Jarlens Princilis <jbp@princilislaw.com>

No objection either

Matthew P. Leto
LETO LAW FIRM
2875 NE 191st Street
Suite 604
Aventura, FL 33180
Tel: (305) 341-3155

> On Aug 13, 2026, at 11:04 AM, David Casagrande <dcasagrande@casalawpllc.com> wrote:
>
> [Quoted text hidden]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

**William Igbokwe** <will@iwlaws.com> Wed, Aug 19, 2026 at 7:50 AM
To: Matthew Leto <MLeto@letolawfirm.com>, LLFpleadings@ecf.courtdrive.com, kzelaya@letolawfirm.com, David Casagrande <dcasagrande@casalawpllc.com>, Anthony Moser <amoser@princilislaw.com>

We will be filing the letter today. I got delayed in my transit back from Ethiopia.

Best Regards,

William Igbokwe, Esq.
Managing Partner
Igbokwe, PLLC d/b/a
Law Office of William Igbokwe
One World Trade Center, 85th Floor
New York, New York 10007
(347) 467-4674

On Wed, Aug 12, 2026 at 6:59 AM William Igbokwe <will@iwlaws.com> wrote:
[Quoted text hidden]