MT Products LLC v. Alternative Capital Group, LLC, et al.
Case No. 8:25-cv-02510-WFJ-SPF (M.D. Fla.)

# EXHIBIT 6

August 12, 2026 email from O. Williams Igbokwe to Anthony V. Moser transmitting the letter requesting a thirty-day extension, with the letter (Doc. 68 at 4, 11; Doc. 68-1 ¶ 20; Doc. 68-2 ¶ 7)

Gmail **William Igbokwe <will@iwlaws.com>**

## Fwd: Activity in Case 8:25-cv-02510-WFJ-SPF MT Products LLC. v. EZ Advance LLC et al Order

**William Igbokwe** <will@iwlaws.com> Wed, Aug 12, 2026 at 7:55 AM
To: Anthony Moser <amoser@princilislaw.com>
Cc: Jarlens Princilis <jbp@princilislaw.com>

Anthony,

See attached our letter for extension. Let's wait to see if we get the consent of the defendants by tomorrow for the filing of the letter. But regardless let's file the letter tomorrow and let the court know we requested the defendants consent.

Best Regards,

William Igbokwe, Esq.
Managing Partner
Igbokwe, PLLC d/b/a
Law Office of William Igbokwe
One World Trade Center, 85th Floor
New York, New York 10007
(347) 467-4674

[Quoted text hidden]

---

**Letter for Extension to File Amended Complaint.docx**
22K

IGBOKWE, PLLC

28 LIBERTY STREET, 6TH FLOOR
NEW YORK, NEW YORK 10005
PHONE (347) 467 - 4674
FACSIMILE (347) 467 - 6367

August 12, 2026

**VIA ECF**

Hon. William F. Jung U.S.D.J.
United States District Court for the
Middle District of Florida
801 North Florida Avenue
Tampa, New Florida, 33602

Re: *MT Products LLC d/b/a MEDTECH v. EZ Advance et. al*
Case No. 8:25-cv-02510-WFJ-SPF

Dear Judge Jung:

I represent Plaintiff Pro Hac Vice in the above-mentioned matter. I have been out of the country from June 21, 2026 – August 19, 2026. I ask for a 30 day extension to comply with the courts order to file an amended complaint. The current deadline is to file an amended complaint is August 15, 2026. If the extension is granted the new deadline will be September 14, 2026.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ O. Williams Igbokwe*
O. Williams Igbokwe, Esq.
Pro Hac Vice

Cc: All parties via ECF