MT Products LLC v. Alternative Capital Group, LLC, et al.
Case No. 8:25-cv-02510-WFJ-SPF (M.D. Fla.)

# EXHIBIT 7

Emails of June 26, 2026 and July 8, 2026 recording connectivity problems while abroad
(Doc. 68 at 4; Doc. 68-1 ¶ 14) (client name and address redacted)

Gmail William Igbokwe <will@iwlaws.com>

---

**Video Call with [redacted] (10AM BST)**

---

**William Igbokwe** <will@iwlaws.com> Fri, Jun 26, 2026 at 4:59 AM
To: [redacted]

Hey [redacted]

I'm in Ethiopia - having some WiFi issues. Can you drop me your WhatsApp number and I'll call and then maybe you can connect [redacted]

Best Regards,

William Igbokwe, Esq.
Managing Partner
Igbokwe, PLLC d/b/a
Law Office of William Igbokwe
One World Trade Center, 85th Floor
New York, New York 10007
(347) 467-4674

Gmail

William Igbokwe <will@iwlaws.com>

## Re: T stat conf 816388/2025 Samson MCA v Roberts Automotive et al (carried mot) stay?

**William Igbokwe** <will@iwlaws.com> Wed, Jul 8, 2026 at 11:36 AM
To: Ariel Bouskila <ari@bblawpllc.com>
Cc: Melinda Mantino-Koch <mmantino@nycourts.gov>, Debra Norton <dnorton@nycourts.gov>, Kristine Mellerski <kmellers@nycourts.gov>, "Hon. Dennis Ward" <deward@nycourts.gov>

I apologize to the court I am having connectivity issues with the WiFi here.

Best Regards,

William Igbokwe, Esq.
Managing Partner
Igbokwe, PLLC d/b/a
Law Office of William Igbokwe
One World Trade Center, 85th Floor
New York, New York 10007
(347) 467-4674

[Quoted text hidden]