MT Products LLC v. Alternative Capital Group, LLC, et al.
Case No. 8:25-cv-02510-WFJ-SPF (M.D. Fla.)
Second Amended Complaint (Exhibit 1 to Doc. 68)

# EXHIBIT A

Addendum to the Funding Agreement dated February 10, 2025

This Addendum to the Funding Agreement ("Addendum") is made and entered into as of **02/10/2025**, by and between **SUPERFAST CAP** ("Lender") and **LEANDRO OBENAUER** ("Merchant"), collectively referred to as the "Parties."

## RECITALS

WHEREAS, Merchant has agreed to enter into a structured multi-stage financing agreement with Lender, consisting of an initial funding and subsequent refinancing transactions, designed to provide ongoing access to capital based on satisfactory repayment performance;

WHEREAS, Merchant and Lender agree that the purpose of this Addendum is to clearly define the structure, terms, and conditions of each funding phase, ensuring transparency and mutual understanding between the Parties;

WHEREAS, Lender has agreed to structure the financing in a way that benefits the Merchant by allowing for **early payoff discounts, predictable refinancing terms, and access to larger capital amounts** over time without the need for additional underwriting or qualification reassessments;

NOW, THEREFORE, in consideration of the mutual covenants and promises set forth herein, the Parties agree as follows:

---

## SECTION 1: INITIAL FUNDING TERMS

Effective immediately upon execution of this Agreement, the Lender shall provide the Merchant with the following initial funding:

- **Date of funding: 02/10/2025**
- **Funding Amount:** $75,000
- **Term:** 44 Weeks
- **Payment Frequency:** Weekly
- **Weekly Payment:** $2,488.63
- **Early Payoff Discounts:** Available for up to 80% of the term, allowing the Merchant to reduce the total repayment amount if early payoff is executed

This initial funding is being provided based on current business financials, and its successful repayment will serve as the foundation for subsequent funding phases, as outlined below.

---

## SECTION 2: SECOND FUNDING STAGE *(Commencing After 30% of First Funding is Paid)*

Upon the Merchant successfully paying **30%** of the principal balance of the First Funding in a timely manner, Lender shall extend an additional round of funding under the following terms:

- **Date of funding: 05/12/2025**
- **Funding Amount:** $150,000
- **Net Amount Received by Merchant:** $94,752.19
- **Term:** 22 Months
- **Payment Frequency:** Monthly
- **Monthly Payment:** $7,840.90
- **Early Payoff Discounts:** Available for up to 80% of the term, offering cost savings to the Merchant

This Second Funding shall be extended **without requiring additional underwriting or credit review**, as long as the Merchant has maintained a **strong payment history and compliance with all contractual terms.**

---

## SECTION 3: THIRD FUNDING STAGE *(Commencing After 35% of Second Funding is Paid)*

Upon the Merchant successfully paying **35%** of the principal balance of the Second Funding in a timely manner, the Lender shall extend an additional round of funding under the following terms:

- **Date of funding: 01/12/2026**
- **Funding Amount:** $300,000
- **Net Amount Received by Merchant:** $207,477.2
- **Term:** 44 Months
- **Payment Frequency:** Monthly
- **Monthly Payment:** $7,636.63
- **Early Payoff Discounts:** Available for up to 80% of the term, allowing further cost reductions

The Third Funding shall also be extended **without requiring additional underwriting or credit reassessment**, provided that the Merchant continues to meet agreed-upon payment obligations.

---

## SECTION 4: GUARANTEED REFINANCING TERMS

Docusign Envelope ID: BEEEB459-0069-451B-AD3C-09FF04063C14


Lender acknowledges that the purpose of this structured financing agreement is to provide **progressive access to capital while reducing overall borrowing costs through refinancing**. To ensure transparency, the following refinancing terms shall apply:

1. **No Additional Underwriting Requirements** – The subsequent fundings (Second and Third Funding) are **pre-approved** and will be extended based solely on the Merchant's adherence to the agreed-upon payment schedule. There will be no new underwriting, financial review, or qualification assessment for these deals.
2. **No Adverse Changes to Refinanced Deals** – The **terms, rates, and structure of each refinanced deal** will remain **unchanged**, regardless of the Merchant's financial standing, business performance, or credit score at the time of refinancing.
3. **Early Payoff Discounts** – The Merchant shall have the right to pay off outstanding balances **early at a reduced cost** throughout all funding stages.
4. **Access to Funds via Online Portal** – The Merchant will be provided with a **secure online portal** where they may track payments, review funding terms, and access available funds as each financing stage is executed.

---

## SECTION 6: FINAL ACKNOWLEDGEMENT

The Parties acknowledge that this Addendum has been **entered into voluntarily and in good faith** to establish a **long-term financial partnership**. Lender is committed to providing the Merchant with **not only funding but a structured path to financial growth and sustainability**.

By signing below, the Parties affirm their understanding and agreement to the terms set forth in this Addendum.

**LENDER:**
**SUPERFAST CAP**

Authorized Representative:

Jason Caldwell

Date: 02/10/2025

**MERCHANT:**
**Leandro Obenauer**
Authorized Representative: Signed by: Leandro Obenauer F28036DCE5AE4ED...
Date: 2/10/2025