MT Products LLC v. Alternative Capital Group, LLC, et al.
Case No. 8:25-cv-02510-WFJ-SPF (M.D. Fla.)
Second Amended Complaint (Exhibit 1 to Doc. 68)

# EXHIBIT E

UCC-1 Financing Statement No. 202500452261, filed February 21, 2025

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
CORPORATION SERVICE COMPANY; 18008585294

B. Email FLSOSUCCFILINGSV3@CSCGLOBAL.COM

C. SEND ACKNOWLEDGEMENT TO:
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

**FILED**

2025 Feb 21 02:56 PM

********* 202500452261 *********

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY **ONE** DEBTOR NAME **(1a OR 1b)** - Do Not Abbreviate or Combine Names

| | | | | |
|---|---|---|---|---|
| 1.a ORGANIZATION'S NAME<br>MT PRODUCTS LLC | | | | |
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1.c MAILING ADDRESS Line One<br>918 VENTURE AVE, UNIT 2 | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY<br>LEESBURG | STATE<br>FL | POSTAL CODE<br>34748 | COUNTRY<br>USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY **ONE** DEBTOR NAME **(2a OR 2b)** - Do Not Abbreviate or Combine Names

| | | | | |
|---|---|---|---|---|
| 2.a ORGANIZATION'S NAME | | | | |
| 2.b INDIVIDUAL'S SURNAME<br>OBENAUER | FIRST PERSONAL NAME<br>LEANDRO | ADDITIONAL NAME(S)/INITIAL(S)<br>JAVIER | | SUFFIX<br>II |
| 2.c MAILING ADDRESS Line One<br>33560 SKY BLOSSOM CIR | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY<br>LEESBURG | STATE<br>FL | POSTAL CODE<br>34788 | COUNTRY<br>USA |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY **ONE** SECURED PARTY **(3a OR 3b)**

| | | | | |
|---|---|---|---|---|
| 3.a ORGANIZATION'S NAME<br>SUPERFAST CAPITAL, INC. | | | | |
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3.c MAILING ADDRESS Line One<br>85 DELANCEY STREET THE YARD #33 - JOSEPH | This space not available. | | | |
| MAILING ADDRESS Line Two<br>VAKNEN | CITY<br>NEW YORK | STATE<br>NY | POSTAL CODE<br>10002 | COUNTRY<br>USA |

**4.** This **FINANCING STATEMENT** covers the following collateral:

PURSUANT TO THE REVENUE PURCHASE AGREEMENT, ALL OF THE DEBTOR'S TANGIBLE AND INTANGIBLE ASSETS, WHETHER NOW EXISTING OR HEREINAFTER ARISING OR ACQUIRED AND WHEREVER LOCATED AND ALL PROCEEDS OF SUCH ASSETS (COLLECTIVELY, THE "COLLATERAL").

**5.** ALTERNATE DESIGNATION (if applicable)
☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR
☐ AG LIEN ☐ NON-UCC FILING ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

■ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

3053 20623