MT Products LLC v. Alternative Capital Group, LLC, et al.
Case No. 8:25-cv-02510-WFJ-SPF (M.D. Fla.)
Second Amended Complaint (Exhibit 1 to Doc. 68)

# EXHIBIT C

Text messages between Leandro Obenauer and (347) 933-7764, February 3 through February 11, 2025

17:39

61

122

+1 (347) 933-7764

iMessage
Mon, Feb 3 at 15:48

[redacted]

Hey Leandro, I sent you a link from my other number, so start the checkout process to see the contracts. I have also sent over an addendum for you sign from my legal counsel via docusign. Please take a look get that signed and back to me. Also please complete the link as soon as you can.

Mon, Feb 3 at 18:25

iMessage

17:39

122

+1 (347) 933-7764

can.

Mon, Feb 3 at 18:25

Hey Leandro, can we get on a call soon?

Feeding the fam rn the gotta get kids down for bed

Oh ok, sorry for the bother. Would we be able to go over the contracts and addendum together tonight? Or do you want to pick back up tomorrow?

Edited

Tue, Feb 4 at 10:36

Good morning Leandro, just checking in here if we can review the contracts together. Please let me know when you get the chance to get on a call.

Wed, Feb 5 at 11:03

Hey Leandro, I hope everything is ok. I haven't heard from you since Monday. Can you please give me a call back as soon as you can?

Wed, Feb 5 at 18:34

I don't know why you don't like me, have I done something wrong?

Thu, Feb 6 at 22:21

Nothings wrong. I saw all your calls. I said I needed the week to review the paperwork

iMessage

17:39

122

+1 (347) 933-7764

Thu, Feb 6 at 22:21

Nothings wrong. I saw all your calls. I said I needed the week to review the paperwork. I'm home with a newborn, my 3 other kids, and wife who's recover. Family comes first

I've reviewed the addendum and it looks good to me so far. Would like a copy of the initial contract for the 75k & a loan schedule/breakdown for all 3 loans proposed in the addendum.

Hi Leandro,

Apologies, I missed that you needed a week to review. I completely understand, and family comes first. I appreciate the update.

I'll have my legal counsel make the adjustments first thing tomorrow. If all looks good on your end, hopefully, we can wrap this up then. Let me know if you need anything else.

Fri, Feb 7 at 10:58

Good morning Leandro, I'm currently having the contracts updated. Can you please send over your January statement as soon as you can, my accounting department is requesting it as we don't have it on file for you.

Edited

Fri, Feb 7 at 13:20

iMessage

17:39

122

+1 (347) 933-7764

Fri, Feb 7 at 13:20

4D07AC70-0C0F-4C0C-9D68-A6E9E0603205-list.pdf
PDF Document · 180 KB

Thank you.

Good afternoon Leandro,

My legal counsel has adjusted the addendum agreement to include the loan date schedule for all three loans.

Regarding the contract, due to legal reasons, I cannot view or access it until it is signed by you. Since it is a separate legal document, we cannot include it in the addendum. However, we have sent you the updated addendum, and I've attached the link to view the contracts below.

Please let me know once both documents are signed so I can finalize everything for you before the weekend.

**SuperfastCap · Instant Checkout**
superfastcap.com

1 Reply

Fri, Feb 7 at 19:42

The addendum link I was sent isn't working if you can look into that on Monday. Thx

There was a new one sent today. Are you referring to that one?

iMessage

17:40

122

+1 (347) 933-7764

1 Reply

Fri, Feb 7 at 19:42

The addendum link I was sent isn't working if you can look into that on Monday. Thx

There was a new one sent today. Are you referring to that one?

Yes

I'll have Jason resend it now.

Ok, he has told me he has resent it, can you please confirm you received it and are able to access it.

Yes it works now

Perfect, let me know if anything else comes up.

Sun, Feb 9 at 15:32

I think I finally got all the math figure out but would like for you to verify. Thanks.

**Step 1: Loan #1 Calculations**

- **Principal:** $75,000
- **Total Payback Obligation:** $109,499.72
- **Weekly Payment:** $2,488.63
- **Eligibility for Loan #2:** After paying **30% of total payback**

iMessage

17:40 61

122

+1 (347) 933-7764

Sun, Feb 9 at 15:32

I think I finally got all the math figure out but would like for you to verify. Thanks.

**Step 1: Loan #1 Calculations**

- **Principal:** $75,000
- **Total Payback Obligation:** $109,499.72
- **Weekly Payment:** $2,488.63
- **Eligibility for Loan #2:** After paying **30% of total payback**
- **Weeks Until Eligibility:**

Rounding up, **Loan #2 becomes available after 14 weeks.**

- **Total Paid Before Loan #2: $34,840.82**
- **Principal Paid: $23,863.11**
- **Interest Paid: $10,977.71**
- **Remaining Balance of Loan #1 at Loan #2 Approval:**
- **Early Payoff Discount on Loan #1: $19,258.90**
- **Loan #1 Balance Rolled into Loan #2: $74,658.90**

**Step 2: Loan #2 Calculations**

- **Principal:** $150,000
- **Net Funds Received: $94,600**
- **Loan #1 Balance Rolled In: $74,658.90**
- **Early Payoff Discount on Loan #1: $19,258.90**

iMessage

17:40

122

+1 (347) 933-7764

• Loan #1 Balance Rolled In: $74,658.90
• Early Payoff Discount on Loan #1: $19,258.90
• Monthly Payment: $7,840.90
• Total Payback Obligation: $172,500
• Flat Interest on Loan #2:

• Eligibility for Loan #3: After paying 35% of total payback

• Months Until Eligibility for Loan #3:

Rounding up, **Loan #3 becomes available after 8 months.**
• Total Paid Before Loan #3: $62,727.20
• Principal Paid: $54,342.85
• Interest Paid: $8,384.35
• Remaining Balance of Loan #2 at Loan #3 Approval:

• Early Payoff Discount on Loan #2: $25,772.80
• Loan #2 Balance Rolled into Loan #3: $109,772.80

**Step 3: Loan #3 Calculations**
• Principal: $300,000
• Net Funds Received: $190,227
• Loan #2 Balance Rolled In: $109,772.80
• Early Payoff Discount on Loan #2: $25,772.80
• Monthly Payment: $7,636.63
• Term: 44 months
• Total Payback Obligation:

iMessage

17:40 61

122

+1 (347) 933-7764

Monthly Payment: $7,636.63

- Term: 44 months
- Total Payback Obligation: $335,999.72
- Flat Interest on Loan #3:

**Step 4: Final Totals**

**Total Funds Received (Net Capital)**

| Loan | Principal | Net Funds Received |
| --- | --- | --- |
| Loan #1 | $75,000 | $75,000 |
| Loan #2 | $150,000 | $94,600 |
| Loan #3 | $300,000 | $190,227 |
| Total | $525,000 | $359,827 |

The business **actually received $359,827** across all three loans.

**Total Payback Obligations**

| Loan | Total Payback |
| --- | --- |
| Loan #1 (14 weeks before refinancing) | $34,840.82 |
| Loan #2 (8 months before refinancing) | $62,727.20 |
| Loan #3 (Full term) | $335,999.72 |
| Total Payback | $433,567.74 |

**Total Cost of Capital**

**Total Cost of Capital as a Percentage**

**Final Answer**

iMessage

17:40

122

+1 (347) 933-7764

Total Cost of Capital as a Percentage

Final Answer
- Total funds received by the business: $359,827
- Total cost of capital: $73,740.74
- Total cost as a percentage: 20.50%

Edited

Hey Leandro, happy Sunday. I looked over your text, the breakdown is accurate. I'm verifying the numbers are correct.

Mon, Feb 10 at 10:32

Good morning Leandro, I was checking in here if you had any other questions, also if we can get this finalized for you today. Please let me know.

Mon, Feb 10 at 12:51

As much as I love this structure as it allows for continued growth- I'm highly concerned at the interest expense.

I'm running calculations carefully of our existing debt vs this restructuring to see what would be better

I totally understand your concern about the interest rate. I forgot to mention one important detail, when we do the refinance for you we also net the early payoff discount towards the new funds so you net

iMessage

17:40

122

+1 (347) 933-7764

I totally understand your concern about the interest rate. I forgot to mention one important detail, when we do the refinance for you we also net the early payoff discount towards the new funds so you net a little more on the third deal. The net for that deal is $207,470. So in total you receive $377K to payback $433K that comes out to 15% on the interest in total. Let me know if that helps.

So then it sounds like my math above is incorrect

1 Reply

If it helps, you can look at it as you're getting $370K with 15% interest where the interest is similar to your quickbooks and credit cards if not lower while giving you access to large amounts of capital which your credit cards and quickbooks don't offer.

The addendum I have has a different net amount for loan 3

1 Reply

So then it sounds like my math above is incorrect

It's not that it's incorrect, I think you didn't know about the discount toward the 2nd deal to net more in the third

iMessage

17:40

122

+1 (347) 933-7764

So then it sounds like my math above is incorrect

It's not that it's incorrect, I think you didn't know about the discount toward the 2nd deal to net more in the third.

That's all calculated in my math above

The addendum I have has a different net amount for loan 3

Yes, it was a mistake on our end that we forgot to add the early payoff discount that I just notified. I will have it revised and resent. Sorry about that.

Okay. I'll look out for the revised addendum

Will have that sent to you in the next 10 minutes. But for you to understand how that goes into play since you'll be paid in $62,720 and the payoff discount lowers the interest on the $150K deal to $155K on the payback, subtract them together you get 92,280 as the balance we are rolling into the third deal. Which therefore nets you $207K.

Okay I'll look at it on the new addendum and run the numbers again

iMessage

17:40

122

+1 (347) 933-7764

Okay I'll look at it on the new addendum and run the numbers again

No problem.

So far so good- if you can't tell by now I cross my T and dot my I

Haha yes, I noticed, we actually like that as a lender. If you as a business owner keeps everything organized and detailed shows us you know how to properly run your business.

Jason just told me the revised addendum was resent. Please confirm delivery.

Edited

👍

Got it. Will review later

Can you confirm these 2 numbers for me:

Early payoff discount of loan 1 > 2 = $19258.90

Early payoff discount of loan 2 > 3 = $25772.80

Total "discounts" for refinancing through all 3 loans is $45,031.70

iMessage

17:40

122

+1 (347) 933-7764

Total "discounts" for refinancing through all 3 loans is $45,031.70

1 Reply

And secondly, the new calculations:

**Step 1: Total Net Funding Received**

The **net funding received** is the actual cash the business gets after refinancing adjustments.

| Loan | Loan Amount | Net Funds Received |
| --- | --- | --- |
| Loan #1 | $75,000 | $75,000 (less origin fees) |
| Loan #2 | $150,000 | $94,600 |
| Loan #3 | $300,000 | $207,470 |
| Total | $525,000 | $377,070 |

The business **actually received $377,070** across all three loans.

**Step 2: Total Payback Obligation**

| Loan | Total Payback |
| --- | --- |
| Loan #1 (14 weeks before refinancing) | $34,840.82 |
| Loan #2 (8 months before refinancing) | $62,727.20 |
| Loan #3 (Full term) | $335,999.72 |
| Total Payback | $433,567.74 |

The business **pays back $433,567.74** over time.

**Step 3: Total Cost of Capital**

iMessage

17:40

122

+1 (347) 933-7764

Step 3: Total Cost of Capital

Step 4: Cost of Capital as a Percentage

Final Answer

- Total net funding received by the business: $377,070
- Total cost of capital: $56,497.74
- Total cost as a percentage: 15.0%

1 Reply

So for the peppering. Side note: there is options to continue beyond loan 3?

1 Reply

Can you confirm these 2 numbers for me:

Early payoff discount of loan 1 > 2 = $19258.90 ...

One the first deal the discount is: $21,900
Total payback:$87,600

Second deal:
$17,250
So total deal payback is $155K

Total discounts $39,150. Evrything gets rolled in.

And secondly, the new calculations:

iMessage

17:40

122

+1 (347) 933-7764

> And secondly, the new calculations:
>
> **Step 1: Total Net Funding Received...**

This is now accurate.

> So for the peppering. Side note: there is options to continue beyond loan 3?

Yes there is if you would like.

Please let me know if the terms and numbers are clear now.

I will

Thanks.

Mon, Feb 10 at 19:31

The numbers are not reconciling. What you sent vs what I am able to garner from the addendum

| | Scenario 1 (Document Only) | Scenario 2 ( Numbers) |
|---|---|---|
| d | $377,070 | $377,070 |
| | $433,567.74 | $428,849.7 |
| | $56,497.74 | $51,779.72 |
| ts | $45,031.70 | $39,150 |
| | 15.0% | 13.7% |

iMessage

17:40

122

+1 (347) 933-7764

| | |
|---|---|
| 15.0% | 13.7% |

To help this confusion, can you please have the addendum revised to include the early payoff discount dollar amount if the next loan is taken at the earliest time permissible?

To simplify the problem:

According to the document:
If loan 1 is refinancied at the earliest point,
$34840.82 has been paid in
$109499.72 was the full payback term
$74658.90 is remaining balance at refi

Laon 2:
Original amount : $150,000
Net amount: 94,600
Difference: 55,400
This would mean that the remaining balance on loan 1 would be $55,400.

Loan 1 actual remaining balance ($74,658.90) - difference from loan 2 ($55,400) = $19,258.90 discounted

Hey Leandro, I just saw your messages. I think there is a slight confusion here that I'd like to clear up on the phone as it's much easier. Would you be available to take a call? If not I'll send a text anyway explaining everything over.

Putting the kids down for bed then gotta

iMessage

17:40

61

122

+1 (347) 933-7764

Putting the kids down for bed then gotta clean and go to bed myself. If you can text it over- cool.

If not we can chat tomorrow afternoon

No problem. I will write up everything on paper and send you a picture of my math. And have a revised addendum sent. Yes we can talk tomorrow afternoon.

Thanks. Once i understand these numbers, I will sign.

I'm sorry I don't sign anything unless I fully understand

That's totally understandable and I'm here to help you get the numbers right.


1st deal:
Funding $75,000
Payback $ 109,500
Payback after discount of 20% = $ 87,600
13 weeks paid in = $ 32,352.19
87,600 - 32,352.19 = $ 55,247.81 Balance

2nd Deal:
Funding $ 150,000
Payback $ 172,500
Net amount: 150,000 - 55,247 = $94,752.19

iMessage

17:41

122

+1 (347) 933-7764



1st deal:
Funding $ 75,000
Payback $ 109,500
Payback after discount of 20% = $ 87,600
13 Weeks paid in = $ 32,352.19
87,600 - 32,352.19 = $ 55,247.81 Balance

2nd Deal:
Funding $ 150,000
Payback $ 172,500
Net amount: 150,000 - 55,247 = $94,752.19
Payback after discount of 10% = $ 155,250
8 Months paid in = $ 62,727.20
155,250 - 62,727.20 = 92,522.8 Balance

3rd Deal:
Funding $ 300,000
Payback $ 336,000
Net amount: $ 300,000 - 92,522.8 = $ 207,477.2

Full Funding Amount: 75,000 + 94,752.19 + 207,477.2 =
377,229.39

Interest Paid 53,600
Paid Back $ 430,829.39

Let me know if this helps clear up the confusion.

I also had the addendum resent so please take a look and let me know if you received it.

Everything matches except for the final 2 lines. I have
Interest paid:51430
Total payback: 428,500

iMessage

17:41

122

+1 (347) 933-7764

Interest paid:51430
Total payback: 428,500

109,499.72 - 21,900
+ 172,500 - 17,250
+ 335,999.72 = 428,499.72

Here's my whole math from that section::

**Step 5: Updated Cost of Capital & Net Funding**

**5.1 Total Net Funding Received**

75,000 + 94,600 + 207,470 = 377,070

✓ **Total Net Funding Received: $377,070**

**5.2 Total Payback Obligation**

109,499.72 - 21,900 + 172,500 - 17,250 + 335,999.72 = 428,499.72

✓ **Total Payback: $428,499.72**

**5.3 Total Cost of Capital**

428,499.72 - 377,070 = 51,429.72

✓ **Total Cost of Capital: $51,429.72**

**5.4 Cost of Capital as a Percentage**

13.6%

iMessage

17:41

122

+1 (347) 933-7764

5.4 Cost of Capital as a Percentage

13.6%

✔ Cost of Capital as a Percentage: 13.6%

Final Answer

| Category | Amount ($) |
|---|---|
| Total Net Funding Received | $377,070 |
| Total Payback | $428,499.72 |
| Total Cost of Capital | $51,429.72 |
| Total Early Payoff Discounts | $39,150 |
| Cost of Capital as a Percentage | 13.6% |

This is what I did. 87,600-75,000=12,600
155,250-150,000=5,250
336,000-300,000=36,000
Add them all up gives you $53,850

Edited

You forgot to include the early payoff discount on the first initial deal payback of $109,500 and second deal of $172,500.

Edited

Because on the first deal let's say since with the discount the payback becomes $87,600 you're only paying 12K in interest.

Let me know if this is clear to you.

What is odd is that this reminds me of middle school "make sure you show your

iMessage

17:41

122

+1 (347) 933-7764

What is odd is that this reminds me of middle school "make sure you show your work on the test" kinda math hahahaha

1 Reply

But what doesn't make sense is that math is math and we're somewhere not lining up.

Running from the numbers in the addendum alone, I arrive at different numbers then what you wrote down.

Albeit we're close, but it should match down to the penny.

1 Reply

> What is odd is that this reminds me of middle school "make sure you show your work on the test" kinda math hahahaha

Haha, right?! Next thing you know, they'll be asking us to write a five-paragraph essay explaining why 2+2=4. MLA format, double-spaced, due by midnight.

HA HA

12 pt font. Times new Roman. Hahaha

> But what doesn't make sense is that math is math and we're somewhere not lining up.

That's really weird the numbers in the

iMessage

17:41

122

+1 (347) 933-7764

That's really weird the numbers in the addendum are strictly from the math I did on paper. I think maybe we are doing something different at some point. It's fine we'll clear it up tomorrow afternoon over the phone.

Sounds good. I'm gonna run it from the top tonight

Ok, let me know if have any questions. If I don't hear from you tonight. Have a good night.

FILE_0032.pdf
PDF Document · 72 KB

01:17

Hey Andrew, OK so after looking over the file you sent over to me which is actually ver... Show More

Sweet!

I also don't think I got an answer back from you as to the verbiage if I pay off the balance of the loan #1 at a fast pace than on the Schedule

iMessage

17:41 60

Back **Audio Message**

Hey Andrew, OK so after looking over the file you sent over to me which is actually very beautifully created very nice. I love it so I could see that the numbers are odd in different because there's some decimal points that are different for example, on the first deals payback of 109,500 you have 109,499 $.72. That's why I could be to some. Small Differences for example, that the remaining balance I have 55 to 4 781 you have 55,002 four 753 then scrolling down looking at the balance where we met 94,000 we have about $152 difference that it says that if you take the 150 minus the 50 5247 you get the 90 475 219 Now you're 94 600 if you do the math it doesn't equal to 94 600 so therefore that is why the number is coming off of $152 difference so I have now did the math over and over again and I have verified 100% that the current numbers I have that you have listed on their reps calculation of the correct accurate numbers

17:42

122

+1 (347) 933-7764

01:17

Hey Andrew, OK so after looking over the file you sent over to me which is actually very beautifully created very nice. I love it so I could see that the numbers are odd in different because there's some decimal points that are different for example, on the first deals payback of 109,500 you have 109,4...

Sweet!

I also don't think I got an answer back from you as to the verbiage if I pay off the balance of the loan #1 at a fast pace than on the Schedule

If I was to pay extra $ each week so that say I pay to 30% paid in at 10 weeks instead of 13.

The addendum strictly says "***Commencing After 30% of First Funding is Paid)***"

1 Reply

Also just for 💩 and 🤭 - what would be loan 4? (Not needing on addendum, napkin math is okay 😊)

2 Replies

I also don't think I got an answer back from you as to the verbiage if I pay off the balance of the loan #1 at a fast pace than on the Schedule ...

iMessage

17:42

122

+1 (347) 933-7764 >

I also don't think I got an answer back from you as to the verbiage if I pay off the balance of the loan #1 at a fast pace than on the Schedule ...

Sorry, so when I asked my investors, they said they would like to go to the full term of 13 weeks because they value time over the the amount paid back. The reason is because they want to see how your business operates over a matter of time while paying back a position.

Also just for 💩 and 🤭 - what would be loan 4? (Not needing on addendum, napkin math is okay 😊)

2 Replies




iMessage

17:42

122

+1 (347) 933-7764




😂

Here it is on a napkin😆

Alright now THAT is hilarious. You get all the points for that 😂

🤣

For loan 1- the timing makes sense.

In your honest opinion- do you think we'd get any wiggle room on later loans? Ie on loan 3 if we paid slightly ahead of

iMessage

17:42

122

+1 (347) 933-7764

For loan 1- the timing makes sense.

In your honest opinion- do you think we'd get any wiggle room on later loans? Ie on loan 3 if we paid slightly ahead of schedule?

I'm just picking your brain on this one 😜

For the later loans, if you do decide to pay early, yes I've seen them wave the timing to some people. Some people have refinanced earlier than when time was due on 3rd and 4th loans because they paid a bit ahead of schedule. Good question.

SuperfastCap · Instant Checkout
superfastcap.com

Can you resend- link isn't working. Thx

Hey Leandro, I would have to resend tomorrow. The portal is on my office computer. Is that okay?

I actually got it to worked and signed but I don't think it went through all the way.

I'll double check tomorrow. Thank you for letting me know

iMessage

17:42

122

+1 (347) 933-7764

I'll double check tomorrow. Thank you for letting me know.

Jason just notified me the addendum was signed as well.

Yes

Ok perfect. Thank you. Will let you know about the contract tomorrow. Have a good night.

Tue, Feb 11 at 09:31

Good morning Leandro, I just verified the link went through.
My accounting department told me they need the account to be positive at-least 2k before they can send the wire out. So please let me know when you get it there.
Also they sent a true pic link to you, would you be able to also complete it?

I got 66k in the acct so no problem there

Quick Q, cause I know this will cause a problem so I want to make sure I do it before I get the funds.

With our commercial bank account it includes ACH and check block on it unless we pre-authorize the charge.

iMessage

17:42

122

+1 (347) 933-7764

Quick Q, cause I know this will cause a problem so I want to make sure I do it before I get the funds.

With our commercial bank account it includes ACH and check block on it unless we pre-authorize the charge.

I can put your company in to pre auth so that it can debt our account but I need the payee ID

Otherwise when the first debit is done it will get blocked by Chase as not authorized

What's a payee ID?

It's the number that is tied to your company's ACH. Let me send you a screenshot of an example

Ok, yea do that. I will let you know.

See the orig Id. Thats the payee ID

:SHOPIFY CAPITAL OR
DESC DATE:250210 C

Oh I got it. Ok I will ask now.

iMessage

17:42

122

+1 (347) 933-7764

Oh I got it. Ok I will ask now.

Also one last thing can you send last 3 month of statements for accounts ending in #9056 and #9080

Accounting requested it.

If we don't out that on the acct you can't take the money

I understand. I will let get info to you asap.

👍

All the other accts stay at 0. We only move money from 6595 to pay whatever comes out. Ie payroll or software bill

But they all sit at 0$ balance- so there's not gonna be anything to show 🤷🏽‍♂️

I'm assuming cause they see transfers from 6595 (our main account) to those accounts?

Yes. That's the reason.

See lol

I'll let them know and see what they say. Waiting to hear for the payee I'd.

👍

Bank accounts (5) $66,578.60

iMessage

17:42

122

+1 (347) 933-7764

I'll let them know and see what they say. Waiting to hear for the payee I'd.

👍

| Bank accounts (5) | $66,578.60 |
|---|---|
| Main Income (...6595) | $66,359.51 Available balance |
| Inventory (...9031) | $0.01 Available balance |
| Monthly Expenses (...9056) | $2.25 Available balance |
| Payroll (...9080) | $0.01 Available balance |
| Taxes (...1555) | $216.82 Available balance |

👍

Did you receive the truepic link?

+ all the credit card payments come out of 9056. So the less they see there the better lol. Lots of cards! 😅

lol.

iMessage

17:42

122

+1 (347) 933-7764

9056. So the less they see there the better lol. Lots of cards! 😅

lol.

I'll try to have it avoided.

Nothing to hide- but we've talked 😅

If needed I will of course send it. Nothing we haven't already talked about

Thanks. Yea shouldn't be a problem.

Ugh imma have to go to the office for this




iMessage

17:42

122

+1 (347) 933-7764




For the link?

I have pics of all this stuff on my phone though. I take a lot of pics lol

It wouldn't let you upload anything?

But I'm home with the wife and newborn. I'd prefer to not leave

No. I have to take the picture in the app

Ok I'll ask if we can get around that.

Ok. Sorry just don't wanna leave the wife and baby. If I have to do it I can

I understand.

I can send you all these pics tho

I'll ask first. I want to see if having those pics besides uploading in the app works.

iMessage

17:42 60

122

+1 (347) 933-7764

I'll ask first. I want to see if having those pics besides uploading in the app works.

6 Photos




Just a few examples

Got it. Woah looks dope.

Built everything inside myself. Office and warehouse

1 Reply

We have technically have 2 units.

iMessage

17:43

122

+1 (347) 933-7764

Just a few examples

Got it. Woah looks dope.

Built everything inside myself. Office and warehouse

1 Reply

We have technically have 2 units.
One is 929 unit 4
One is 918 unit 2, but it's the same location. We use the jointly under one lease

Just lmk about the pics and ill see if i can slip out to do that today

00:44

Hey Andrew, so I basically just spoke to them. Yes they verified account balance is over... Show More

Built everything inside myself. Office and warehouse

Wow

Regarding the payee ID still waiting to hear back.

I'm going to the office now

iMessage

17:43 60

< Back **Audio Message**

Hey Andrew, so I basically just spoke to them. Yes they verified account balance is over 2000. Are you show me the picture? Everything is good to go. They do need to transfer accounts statements the last three statements for both accounts so if you can just send that over to me and then regarding the Tropic link they said that if it's hard for you to get there, of course if there's anyone there you can send them the link and then then they can take photos directly. And it'll still work on their end so if that's easier for you, you can do as well, but they would need it to be uploaded directly through the link unfortunately please let me know if that's OK

17:44

121

+1 (347) 933-7764

00:44

Hey Andrew, so I basically just spoke to them. Yes they verified account balance is over... Show More

Built everything inside myself. Office and warehouse

Wow

Regarding the payee ID still waiting to hear back.

I'm going to the office now

Ok, got it. Thanks.

Sorry about that again.

The look I got from wife when I walked out I might not wanna come back home lol

🤣🤣 don't worry if you want I'll take the blame and save your butt.

14BF72FC-BE96-49B6-BACD-B09A755FDE11-list.pdf
PDF Document · 101 KB

iMessage

17:44

59

121

+1 (347) 933-7764

🤣🤣 don't worry if you want I'll take the blame and save your butt.

14BF72FC-BE96-49B6-BACD-B09A755FDE11-list.pdf
PDF Document · 101 KB

30811BD6-44A6-40EE-828A-4AD4D072AB4D-list.pdf
PDF Document · 96 KB

EFF332A9-9A0E-45C8-8951-81021B060836-list.pdf
PDF Document · 80 KB

E769C15D-C07B-44BC-B041-503977851E69-list.pdf
PDF Document · 108 KB

DA6D1567-E055-44AB-A689-83FF1294E046-list.pdf
PDF Document · 95 KB

270B4D45-B4B8-42DC-A8B4-15393008CD89-list.pdf
PDF Document · 88 KB

There ya go.

(Btw reason for no QB loan payment in nov/

iMessage

17:47

121

+1 (347) 933-7764

🤣🤣 don't worry if you want I'll take the blame and save your butt.

14BF72FC-BE96-49B6-BACD-B09A755FDE11-list.pdf
PDF Document · 101 KB

30811BD6-44A6-40EE-828A-4AD4D072AB4D-list.pdf
PDF Document · 96 KB

EFF332A9-9A0E-45C8-8951-81021B060836-list.pdf
PDF Document · 80 KB

E769C15D-C07B-44BC-B041-503977851E69-list.pdf
PDF Document · 108 KB

DA6D1567-E055-44AB-A689-83FF1294E046-list.pdf
PDF Document · 95 KB

270B4D45-B4B8-42DC-A8B4-15393008CD89-list.pdf
PDF Document · 88 KB

There ya go.

(Btw reason for no QB loan payment in nov/dec was due to natural disaster relief from

iMessage

17:47

121

+1 (347) 933-7764

There ya go.

(Btw reason for no QB loan payment in nov/dec was due to natural disaster relief from hurricane. Payments restarted in Jan

And in case they ask navitas credit corp is the monthly software payment for our inventory system- fishbowl inventory

Gotcha.

I of course can send over any docs they need

Only loans are the qb you know about.

41243207-1-signed ORIG.pdf
PDF Document · 1.1 MB

41329829-1 signed ORIG.pdf
PDF Document · 1.3 MB

They offer pay all upfront or pay monthly at no interest or fees. So of course I ain't

iMessage

17:48

121

+1 (347) 933-7764

👍

I of course can send over any docs they need

Only loans are the qb you know about.

41243207-1-signed ORIG.pdf
PDF Document · 1.1 MB

41329829-1 signed ORIG.pdf
PDF Document · 1.3 MB

They offer pay all upfront or pay monthly at no interest or fees. So of course I ain't paying them upfront if I don't have to lol

I gotcha. Yeah, why would you lol

Images taken. Can you check

Yes checking now

Yes, all good. Prepping for funding. Call now.

01:25

iMessage

17:48

121

+1 (347) 933-7764 >

Yes checking now

Yes, all good. Prepping for funding. Call now.

01:25

So I spoke with them funding call is being set up. Everything is good to go. Transfer to... Show More

You got it

Just making sure they are aware we have other loan? I know sometimes they ask about other debt we may have

00:31

The accountants don't but I know that just just for safety purposes just don't mention a... Show More

Tue, Feb 11 at 12:50

I just realized you said they're gonna call

iMessage

17:48 59

Back

**Audio Message**

So I spoke with them funding call is being set up. Everything is good to go. Transfer to counsel good. The tropic looks good. Everything looks good on our end. They're going to verify the pay ID over the phone when they do the funding call with you. I'm gonna have one of my new accountants give you a call. We have a new accountant. I think it was. He's really good. She's gonna give you a call. He's gonna verify that with you and then as well as he's going to just verify this deal that we're doing here. You know so basically what they're gonna ask you just standard questions you know what you're using the funds for what your business does and such and such of course don't tell them that you're using the funds to pay off the bills that's just between you and me. I'm just saying like you know you're gonna use the funds to you know help your business expand help your business grow and stuff like that regarding the other deals don't mention it to them to the accountant only because he has no idea about that. it's between me and my funny manager and the investors and I don't want him to get confused between what number he's funding today because they have a certain number in the screen when they do the funding call so you know I don't want him to be confused if you say another number this or that and then it'd be take longer than it needs to so just You know after you listen to this audio clip let me know if you're totally understand if you have any questions

17:48

121

+1 (347) 933-7764

Yes checking now

Yes, all good. Prepping for funding. Call now.

01:25

So I spoke with them funding call is being set up. Everything is good to go. Transfer to counsel good. The tropic looks good. Everything looks good on our end. They're going to verify the pay ID over the phone when they do the funding call with you. I'm gonna have one of my new accountants give y...

You got it

Just making sure they are aware we have other loan? I know sometimes they ask about other debt we may have

00:31

The accountants don't but I know that just just for safety purposes just don't mention a... Show More



iMessage

17:49

Back

## Audio Message

The accountants don't but I know that just just for safety purposes just don't mention anything about the QuickBooks I mean if in general they ask, I don't think they would but he would, but if they do like I say you know like some credit cards this are that nothing serious just normal that You know that you're gonna you're gonna basically clean out this year or you know within a couple of months stuff like that just you know make it sound all good make your company sound you know really good and stuff like that

17:49

121

+1 (347) 933-7764

00:31

The accountants don't but I know that just just for safety purposes just don't mention anything about the QuickBooks I mean if in general they ask, I don't think they would but he would, but if they do like I say you know like some credit cards this are that nothing serious just normal that You know that...

🫡

Tue, Feb 11 at 12:50

I just realized you said they're gonna call me but I'm home so the call may not come through

They actually just told me if you can give them a call so actually that works in your favor.

**Here is the number:**
514-246-6315

Again, as I mentioned, this funding call is for the 75,000. If you have any other questions about the other deals, let me know the accountant does not have any idea about them so I don't wanna confuse him so please don't mention it to him

iMessage

17:49

121

+1 (347) 933-7764

Again, as I mentioned, this funding call is for the 75,000. If you have any other questions about the other deals, let me know the accountant does not have any idea about them so I don't wanna confuse him so please don't mention it to him. Thanks.

Okay I'll call now.

Wrong number... some Spanish dude

1 Reply

Any word on the payee id

They will confirm on the funding call. Just ask.

Wrong number... some Spanish dude

I'm trying to understand why it was a Spanish guy lol.

I have no clue lol

13:05

iMessage

17:49

121

+1 (347) 933-7764

I have no clue lol




516-246-6315 sorry about the typo

Please let me know when you complete the call.

👍

Okay will do

Fricking stressful call 😅

iMessage

17:49

121

+1 (347) 933-7764

Fricking stressful call 😅

1 Reply

lol.

❤️

All done

Fricking stressful call 😅

How come?

Just to confirm that addendum is full in force?

Just the way she was talking she was making it sound like I gotta pay back all 110k. I didn't say anything but I'm putting some trust in ya

She just didn't mention anything about the re-ups that's all

1 Reply

Yes of course, they are legally binded together. She is just saying that because she needs to, because that is the payback if you decided not to refinance.

It's just the standard terms on this first

iMessage

17:49

121

+1 (347) 933-7764

She just didn't mention anything about the re-ups that's all

1 Reply

Yes of course, they are legally binded together. She is just saying that because she needs to, because that is the payback if you decided not to refinance.

It's just the standard terms on this first loan.

She just didn't mention anything about the re-ups that's all

Yes like I mentioned, she isn't aware because her job is to verify the deal she is sending the wire out for today. The re-ups are known by me, my financing manager and the investor himself.

Ok. The call is done so she said it should be a few hours

3 Replies

Yes, they are a bit delayed today.

But I'll let yk as soon as the wire has been sent

Did you confirm the payee ID?

iMessage

17:49

121

+1 (347) 933-7764

Did you confirm the payee ID?

Ok thx.

No she didn't have it. She said she made a note that someone else in the next step would see to give to me

Ok. I'll ask them now.

I'm in this for the long haul- but this first deal (as expected to CYA) is just so sharky for anyone who misses a step 😩

$2500 fee if you miss a payment for something is wild

1 Reply

Obviously I'm good for it so it doesn't affect me but the way they right these terms I feel bad for anyone who screws up

2 Replies

I'm in this for the long haul- but this first deal (as expected to CYA) is just so sharky for anyone who misses a step 😩 ...

It's there because some people use funds for other purposes so is there standardly to make sure people don't blow out money on unnecessary things.

iMessage

17:49

121

+1 (347) 933-7764

It's there because some people use funds for other purposes so is there standardly to make sure people don't blow out money on unnecessary things.

Obviously I'm good for it so it doesn't affect me but the way they right these terms I feel bad for anyone who screws up

2 Replies

Yea I get that, but again people who can't afford it don't really take it.

I hope not! lol. Worse than a pawn shop 😂

Obviously I'm good for it so it doesn't affect me but the way they right these terms I feel bad for anyone who screws up

2 Replies

It's just there if someone decided to bet all $75K let's say in black, lol.

🎰

💵

iMessage

17:49

121

+1 (347) 933-7764

2 Replies

It's just there if someone decided to bet all $75K let's say in black, lol.

Don't tell me people have ACTUALLY done that?

Yes, multiple times.

Someone once told me that they bet our money on a drag race

Edited

iMessage


17:49
58
121
+1 (347) 933-7764
Lmaoo
Atleast he won
Oh my lawd
Crazy people.
I would never have the guts lol.
That's actually fricking wild people would borrow money and bet it.....
1 Reply
I barely like borrowing money just to fund my business lol. I don't even gamble my own money. I don't like gambling
1 Reply
That's actually fricking wild people would borrow money and bet it.....
iMessage

17:49

121

+1 (347) 933-7764

1 Reply

I barely like borrowing money just to fund my business lol. I don't even gamble my own money. I don't like gambling

1 Reply

That's actually fricking wild people would borrow money and bet it.....

Yep. Casinos will never go out of business.

They need to. Such a scam

I barely like borrowing money just to fund my business lol. I don't even gamble my own money. I don't like gambling

Yea I get that. Gambling is the worst addiction. People lose their homes for a chance to win big.

They just notified me. The funding call was complete. They resent the contracts to you because they realized the business address on the contract was incorrect so please sign it and let me know when that's done.

Edited

iMessage

17:49

121

+1 (347) 933-7764

They just notified me. The funding call was complete. They resent the contracts to you because they realized the business address on the contract was incorrect so please sign it and let me know when that's done.

Edited

The payoff discounts on the contract I just got emailed are different then the addendum btw

It's just a standard template. Not all the people get the addendum. We don't have it in the contracts because if someone decides to run with our money and we had a bigger deal with the discount in the contract, then we are legally binded to give it to them.

Edited

Contract signed

The payee ID is 4861890123

Sweet

I'll add it right now

iMessage

17:50

121

+1 (347) 933-7764

Contract signed

The payee ID is 4861890123

Sweet

I'll add it right now

[redacted]

Tue, Feb 11 at 15:09

Any update?

Funny thing they just asked me one final question did you take a Shopify capital?

And if you did what the terms and payments were for it.

I did. My existing one is just about paid off so they offered a re up.

iMessage

17:50

121

+1 (347) 933-7764

Tue, Feb 11 at 15:09

Any update?

Funny thing they just asked me one final question did you take a Shopify capital?

And if you did what the terms and payments were for it.

I did. My existing one is just about paid off so they offered a re up.

But it's only a % of retail sales. It's not a set repayment if that makes sense?

It's exactly the same as what already shows in the account? Where when they deposit any retail sales they take a % of it back

So the finances don't change at all

So they deposit the sales and then take a percentage back as interest?

So what's the benefit just curious.

Yep! If you look at the statements it's exactly what they been doing. My term was up so I extended it.

I gotcha.

Didn't think that would affect here at all? Nothing changes for the finances at all?

iMessage

17:50

121

+1 (347) 933-7764

I gotcha.

Didn't think that would affect here at all? Nothing changes for the finances at all?

Yes everything is good. No affect. They just wanted clarification on what it was

Okay coolio

I was like bruh 🥲

Lmaoo

All good dw

👍

lol. They offered it to me last week and I like their terms where it's a % of only retail sales. Retail sales is a very small portion of our sales so it doesn't impact our day to day

Tue, Feb 11 at 17:34

I'm assuming it'll finish up tomorrow since I didn't hear anything?

I can't remember- Was there anything else needed from me?

2 Replies

No, they are already done. The wire is being sent, they are just a bit slow today. I'm on them though.

iMessage

17:50

121

+1 (347) 933-7764

Tue, Feb 11 at 17:34

I'm assuming it'll finish up tomorrow since I didn't hear anything?

I can't remember- Was there anything else needed from me?

2 Replies

No, they are already done. The wire is being sent, they are just a bit slow today. I'm on them though.

Nothing else is needed from you. Thanks.

Oh okay cool!

Tue, Feb 11 at 19:45

Question 🙋‍♂️

What's up

In the event that we crush it this year- would we ever be eligible for a reassessment for more funding then what's on the addendum?

1 Reply

Like if I came to you 6 months from now with 3-4x the income- would that unlock the possibility of a new/better deal?

1 Reply

iMessage