MT Products LLC v. Alternative Capital Group, LLC, et al.
Case No. 8:25-cv-02510-WFJ-SPF (M.D. Fla.)
Second Amended Complaint (Exhibit 1 to Doc. 68)

# EXHIBIT F

SuperFast Cap Merchant Support emails of April 15 through April 17, 2025

MEDTECH

**LJ Merchant <lj@medtechkits.com>**

## MT PRODUCTS LLC

**SuperFast Merchant Support** <superfastmerchantsupport@curepayment.com> Tue, Apr 15, 2025 at 3:59 PM
To: "Lj@medtechkits.com" <Lj@medtechkits.com>

Leandro,

You can reach out to us at any time with any questions or concerns regarding your account.

Respectfully,

Elisa L.

**SUPERFAST CAP Merchant Support- Team Leader**

**Call:** (866) 355-2140 | **SMS/Text:** (631) 607-4732

superfastmerchantsupport@curepayment.com

www.superfastcap.com

SUPERFAST CAP

NOTICE: This electronic transmission and any attachment are the confidential property of the sender, and the materials are privileged communications intended solely for the receipt, use, benefit, and information of the intended recipient indicated above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited, and may result in legal liability on your part. If you have received this email in error, please forward back to sender and destroy the electronic transmission.

LJ Merchant <lj@medtechkits.com>

## MT PRODUCTS LLC

**LJ Merchant** <lj@medtechkits.com> Tue, Apr 15, 2025 at 4:00 PM
To: SuperFast Merchant Support <superfastmerchantsupport@curepayment.com>

please see attached

First Responder Owned

**LJ Merchant**, *EMT*
President of MedTech
*"For First Responders, By First Responders"*

**Office**: (844) 800-8740 x 103 | **Direct**: (863) 999-0630
LJ@MedTechKits.com
MedTechKits.com

Learn More about MedTech Kits!

[Quoted text hidden]

**Untitled document (7).pdf**
273K

MEDTECH

LJ Merchant <lj@medtechkits.com>

## MT PRODUCTS LLC

**SuperFast Merchant Support** <superfastmerchantsupport@curepayment.com> Tue, Apr 15, 2025 at 4:33 PM
To: "Lj@medtechkits.com" <Lj@medtechkits.com>

Hello, Leandro,

I wanted to provide you with a copy of your contract with us for your records.

Look over the terms and if you have any questions, please don't hesitate to reach out to us tomorrow.

Respectfully,

Elisa L.

**SUPERFAST CAP Merchant Support**

**Call:** (866) 355-2140 | **SMS/Text:** (631) 607-4732

[Quoted text hidden]

**MT PRODUCTS LLC- Superfast Cap contract.pdf**
943K

LJ Merchant <lj@medtechkits.com>

## MT PRODUCTS LLC

**LJ Merchant** <lj@medtechkits.com> Wed, Apr 16, 2025 at 8:53 AM
To: SuperFast Merchant Support <superfastmerchantsupport@curepayment.com>
Bcc: 8815807@bcc.hubspot.com

Hi Elisa,

Thanks again for taking the time to speak with me yesterday.

As we discussed, I had worked with someone named **Matt Owens** who claimed to be with SuperFast and provided me with a document called **"Addendum to the Funding Agreement"** outlining two additional rounds of funding. On our call, you mentioned that Matt isn't affiliated with SuperFast and that the addendum wasn't something issued by your team....

Just to confirm what we spoke about on the phone:

1. That Matt Owens or Jason Caldwell are not employed with SuperFast Cap?
2. That the "Addendum to the Funding Agreement" wasn't created or authorized by your company?

I'm really sorry about you having to hear me cry yesterday, I'm still trying to wrap my head around what happened.....

MEDTECH™
*First Responder Owned*

**LJ Merchant**, *EMT*
President of MedTech
*"For First Responders, By First Responders"*

**Office**: (844) 800-8740 x 103 | **Direct**: (863) 999-0630
LJ@MedTechKits.com
MedTechKits.com

Learn More about MedTech Kits!

[Quoted text hidden]

MEDTECH

**LJ Merchant <lj@medtechkits.com>**

---

## MT PRODUCTS LLC

---

**SuperFast Merchant Support** <superfastmerchantsupport@curepayment.com> Wed, Apr 16, 2025 at 9:14 AM
To: LJ Merchant <lj@medtechkits.com>

Good morning, Leandro,

That is what we are here for to help our merchants.

Yes, that is correct Matt Owens or Jason Caldwell are not employed with SuperFast Cap.

And no, the “Addendum to the Funding Agreement” wasn’t created or authorized by our company that was typed up fraudulently.

Respectfully,

Elisa L.

**SUPERFAST CAP Merchant Support- Team Leader**

**Call:** (866) 355-2140 | **SMS/Text:** (631) 607-4732

superfastmerchantsupport@curepayment.com

www.superfastcap.com

SUPERFAST CAP

NOTICE: This electronic transmission and any attachment are the confidential property of the sender, and the materials are privileged communications intended solely for the receipt, use, benefit, and information of the intended recipient indicated above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this electronic transmission is strictly prohibited, and may result in legal liability on your part. If you have received this email in error, please forward back to sender and destroy the electronic transmission.

**From:** LJ Merchant <lj@medtechkits.com>
**Sent:** Wednesday, April 16, 2025 8:53 AM
**To:** SuperFast Merchant Support <superfastmerchantsupport@curepayment.com>
**Subject:** Re: MT PRODUCTS LLC

Hi Elisa,

Thanks again for taking the time to speak with me yesterday.

As we discussed, I had worked with someone named **Matt Owens** who claimed to be with SuperFast and provided me with a document called **"Addendum to the Funding Agreement"** outlining two additional rounds of funding. On our call, you mentioned that Matt isn't affiliated with SuperFast and that the addendum wasn't something issued by your team....

Just to confirm what we spoke about on the phone:

1. That Matt Owens or Jason Caldwell are not employed with SuperFast Cap?
2. That the "Addendum to the Funding Agreement" wasn't created or authorized by your company?

I'm really sorry about you having to hear me cry yesterday, I'm still trying to wrap my head around what happened.....

**LJ Merchant**, *EMT*
President of MedTech
*"For First Responders, By First Responders"*

**Office**: (844) 800-8740 x 103 |
**Direct**: (863) 999-0630

LJ@MedTechKits.com

MedTechKits.com

Learn More about MedTech Kits!

[Quoted text hidden]

MEDTECH

LJ Merchant <lj@medtechkits.com>

## MT PRODUCTS LLC

**SuperFast Merchant Support** <superfastmerchantsupport@curepayment.com> Wed, Apr 16, 2025 at 2:49 PM
To: LJ Merchant <lj@medtechkits.com>

Leandro,

I did some research and was able to locate the following information. I will still reach out to our team to see if they can confirm how the application was submitted but I hope the information below is helpful as well.

**Matt Owens**
**Senior Finance Officer,**
**EZ ADVANCE LLC**

(347) 933-7764

ezadvancellc.com

Matt@ezadvancellc.com

https://ezadvancellc.com/contact-us/

**Monday – Friday, 9:00 a.m. to 6:00 p.m. EST**

**Customer Service**

888-685-8154

submissions@ezadvancellc.com

**Sales Support**

888-685-8154

submissions@ezadvancellc.com

**Partner With Us**

888-685-8154

submissions@ezadvancellc.com

**Mailing Address**

EZ Advance LLC

18032 Union Turnpike, Fresh Meadows, NY 11366

Respectfully,

Lauren Esposito / Director of Merchant Support

[Quoted text hidden]

**LJ Merchant <lj@medtechkits.com>**

## MT PRODUCTS LLC

**LJ Merchant** <lj@medtechkits.com> Wed, Apr 16, 2025 at 3:31 PM
To: SuperFast Merchant Support <superfastmerchantsupport@curepayment.com>
Bcc: 8815807@bcc.hubspot.com

Lauren,

That information is very helpful, thank you!
Hopefully we can figure out how the app was submitted too, I would like to know what exactly happened.

Thanks for you help,

[Quoted text hidden]

**LJ Merchant <lj@medtechkits.com>**

## MT PRODUCTS LLC

**LJ Merchant** <lj@medtechkits.com> Thu, Apr 17, 2025 at 12:34 PM
To: SuperFast Merchant Support <superfastmerchantsupport@curepayment.com>
Bcc: 8815807@bcc.hubspot.com

Hey Lauren,

Have you been able to figure out what happened yet?

[Quoted text hidden]

LJ Merchant <lj@medtechkits.com>

## MT PRODUCTS LLC

**SuperFast Merchant Support** <superfastmerchantsupport@curepayment.com> Thu, Apr 17, 2025 at 3:21 PM
To: LJ Merchant <lj@medtechkits.com>

The application was submitted by email. The signature that we provided yesterday was the main rep who submitted and worked the deal.

There is nothing more that we can do on our end regarding the broker. The only thing we can do at this time is advocate for you with Management for help with a temporary payment reprieve if you need help with making payments. Management has also offered to allow you to return the funds of $50,857.40 to resolve the balance. Current balance is $87,141.24.

Please advise if you are able to send the funds back to us today.

[Quoted text hidden]