MT Products LLC v. Alternative Capital Group, LLC, et al.
Case No. 8:25-cv-02510-WFJ-SPF (M.D. Fla.)
Second Amended Complaint (Exhibit 1 to Doc. 68)

# EXHIBIT G

Email of Andrew Baldwin dated April 24, 2025

# EXHIBIT 6

LJ Merchant <lj@medtechkits.com>

## Response to Demand Letter

**Andrew Baldwin** <andrew@superfastcap.com> Thu, Apr 24, 2025 at 2:17 PM
To: Lj@medtechkits.com

Dear Leandro,

We acknowledge receipt of your recent letter and want to express that we are both concerned and disappointed by the circumstances under which you are claiming the transaction was facilitated. Based on your demand letter EZ Advance fabricated non-existent post-funding options that were never available to you. This is exactly why it's extremely important to be truthful on the recorded funding call about promises the broker may have made, otherwise we are unable to prevent such a situation.

As a courtesy and in light of the circumstances, we are willing to allow you to rescind the advance in full by returning the total amount disbursed to you (minus what you've already paid). This must be done no later than Wednesday, April 30th, 2025 by EOD. Upon receipt of full repayment, we will immediately release the UCC lien filed on your business.

Please note that any and all legal concerns raised in your letter should be directed toward EZ Advance and their representatives. They acted outside the scope of their authority, used our name and branding without our consent, and in doing so, misled both you and our organization. Superfastcap did not authorize such actions and bears no responsibility for their misrepresentations.

Should you choose to block or interfere with our continued attempts to collect under the terms of the agreement, such action would constitute an Event of Default as outlined in your contract. This would trigger additional default-related fees and may result in legal action to enforce the terms of the agreement.

We remain open to resolving this matter swiftly and professionally, and we encourage you to address any further grievances directly with EZ Advance, the party responsible for the conduct in question.

Sincerely,
Andrew Baldwin
Superfastcap / Alternative Capital Group LLC

--

Andrew Baldwin
E: Andrew@superfastcap.com
W: www.superfastcap.com