MT Products LLC v. Alternative Capital Group, LLC, et al.
Case No. 8:25-cv-02510-WFJ-SPF (M.D. Fla.)
Second Amended Complaint (Exhibit 1 to Doc. 68)

# EXHIBIT H

New York Department of State entity record, SuperFast Capital LLC (DOS ID 5634338)

An official website of New York State.
Here's how you know

# Department of State
## Division of Corporations

## Entity Information

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** SUPERFAST CAPITAL LLC
**DOS ID:** 5634338
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 10/07/2019
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 10/07/2019
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 10/31/2021
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE LLC

**Address:** 2 GANSEVOORT STREET, 9TH FLOOR, NEW YORK, NY, UNITED STATES, 10014

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

Agencies App Directory Counties Events Programs Services