**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

MT PRODUCTS, LLC,

*Plaintiff,*

v.

ALTERNATIVE CAPITAL GROUP, LLC, et al.,

*Defendants.*

8:25-CV-02510 WFJ-SPF

**DEFENDANTS SUPERVEST, INC., SV CAPITAL MANAGEMENT, LLC, AND TOP CHOICE FINANCIAL, INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER**

Defendants SuperVest, Inc. ("SuperVest"), SV Capital Management, LLC ("SVC Management"), and Top Choice Financial, Inc. (collectively, the "SuperVest Defendants"), through undersigned counsel, move to dismiss this action for Plaintiff's failure to comply with the Court's Order (D.E. 60), and state as follows:

1. Plaintiff filed this action alleging, generally, that it was defrauded in connection with a written Revenue Purchase Agreement involving the sale of future accounts receivable in exchange for $75,000.

2. On July 28, 2026, the Court entered an Order dismissing Plaintiff's Amended Complaint, permitting Plaintiff twenty-one days to file a

second amended complaint, and limiting the amended pleading to eight causes of action. (D.E. 60.)

3. The twenty-one (21) day period established by D.E. 60 expired on August 18, 2026.

4. On August 12, 2026, Plaintiff's counsel requested the appearing Defendants' consent to a thirty (30) day extension of time to file the second amended complaint.

5. On August 13, 2026, counsel for the appearing Defendants consented. Plaintiff, however, never filed a motion for an extension and never obtained an order extending the August 18, 2026 deadline.

6. Even had Plaintiff filed its contemplated motion and the Court granted the requested thirty (30) day extension, the extended deadline would have expired on September 17, 2026.

7. Plaintiff did not file a second amended complaint within the twenty-one (21) day period allowed by D.E. 60 or within the additional thirty (30) day period Plaintiff proposed.

*8.* "In dismissing the complaint, the district court may also provide for a stated period within which the plaintiff may amend the complaint." *Schuurman v. Motor Vessel Betty K V*, 798 F.2d 442, 445 (11th Cir. 1986). "If the plaintiff does not amend

the complaint within the time allowed, no amendment may be made absent leave of court, and the dismissal order becomes final at the end of the stated period." *Id.*

9. Accordingly, Defendants SuperVest, Inc. SV Capital Management, LLC. and Top Choice Financial, Inc. respectfully request that the Court enter an Order confirming that the dismissal ordered in D.E. 60 is final, dismissing this action with prejudice, and directing the Clerk to close the case.

Respectfully submitted,

**CASAGRANDE LAW, PLLC**

11 Broadway, Suite 615
New York, NY 10004
Tel.: 646-355-8701
Fax: 212-568-3546

*/s/ David C. Casagrande*
David C. Casagrande (FL Bar No.: 124059)
dcasagrande@casalawpllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 30, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ David C. Casagrande*
DAVID C. CASAGRANDE