**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MT PRODUCTS, LLC,

Plaintiff,

v. Case No. 8:25-cv-2510-WFJ-SPF

ALTERNATIVE CAPITAL GROUP, LLC, *et al.*,

Defendants.

____________________________________/

## ORDER DISMISSING CASE

On July 28, 2026, the Court dismissed Plaintiff's amended complaint and allowed twenty-one days to file a second amended complaint. Dkt. 60. On September 22, 2026, Defendants filed a motion to dismiss the case for Plaintiff's failure to comply with the Court's order of July 28, Dkt. 66, by failing to file a second amended complaint within the stated period ending August 17, 2026. All parties agree that the dismissal became final on August 18, 2026, the day after the stated period ended. *See Schuurman v. Motor Vessel Betty K V*, 798 F.2d 442, 445 (11th Cir. 1986).

On October 19, 2026, Plaintiff responded and filed a motion for relief from judgment under Federal Rule of Civil Procedure 60(b). Dkts. 67, 68. After reviewing the submissions, the Court finds no excusable neglect, mistake, inadvertence, or surprise. The two lawyers handling Plaintiff's case had not one

but several failed or nonexistent communications, and their admission they intended to send an email to Chambers requesting an extension of time would not have necessarily been brought to the attorneys' attention as improper. The Court is not obligated to respond to improper communications made via email. Additionally, the planned extended absence from the United States does not constitute excusable neglect, even though counsel became ill on the extended vacation.

Accordingly, the motion for relief from judgment, Dkt. 68, is **denied**. The motion to dismiss the case, Dkt. 66, is **granted** to the extent the dismissal is without prejudice. Plaintiff may file another lawsuit if desired. The Clerk is directed to terminate any pending motions and close the case.

**DONE AND ORDERED** at Tampa, Florida, on November 9, 2026.

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Counsel of record